FILED
MAY 07 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SORIANO (1),<br><br>Defendant. | Case No. 24-CR-0341-TWR-01<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment (ECF 1) in case number 23cr2282-TWR-01, charging Defendant, JAMES SORIANO ("Defendant"), with conspiracy to commit offense or to defraud the United States and bribery in violation of Title 18, United States Code, Sections 371, 201(b)(2)(A), and 201(b)(2)(C) as said forth in Counts 1 and 2 of the Indictment (ECF 1); and as set forth in Counts 1, 2, and 4 through 6 of the Indictment (ECF 1) in case number 24cr341-TWR-01, charging Defendant, JAMES SORIANO, with conspiracy to commit offense or to defraud the United States, bribery, and fraud and false statement in tax return in violation of Title 18, United States Code, Sections 371, 201(b)(2)(A), and 201(b)(2)(C) Title 26, United States Code, Sections 7206(1), the United States sought forfeiture of all right, title and interest in property of Defendant JAMES SORIANO, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) as property constituting and derived from proceeds obtained directly or

1  indirectly of the offenses set forth in Counts 1 through 3 (ECF 1) in case number
2  23cr2282-TWR-01, and as set forth in Counts 1, 2, and 4 through 6 of the Indictment
3  (ECF 1) in case number 24cr341-TWR-; and

4  WHEREAS, on or about June 10, 2024, Defendant pled guilty before
5  Magistrate Judge Barbara Lynn Major to Count 1 of the Indictment (ECF 1) in case
6  number 23cr2282-TWR-01 and Counts 1 and 5 of Indictment (ECF 1) in case
7  24cr341-TWR-01 which pleas included consent to the forfeiture allegations of the
8  Indictments, and consent to forfeiture of all property seized in connection with the
9  case, and including consent to entry of a forfeiture money judgment in the amount of
10 $209,527.51 representing the proceeds Defendant personally received from the
11 offenses set forth in Count 1 of the Indictment in case number 23cr2282-TWR-01
12 and Count 1 of Indictment in case 24cr341-TWR-01, which forfeiture shall be
13 included and incorporated as part of the judgment in both cases, and which forfeiture
14 Defendant agreed to pay forthwith; and

15 WHEREAS, on June 26, 2024, this Court accepted the guilty pleas of
16 Defendant; and

17 WHEREAS, by virtue of the admissions of the Defendant set out in the plea
18 agreement, forfeiture addendum, and guilty pleas, the Court hereby finds that
19 $209,527.51 represents the amount of proceeds the Defendant personally obtained
20 directly as a result of the offenses set forth in Count 1 of the Indictment in case
21 number 23cr2282-TWR-01 and Count 1 of the Indictment in case 24cr341-TWR-01
22 to which Defendant pled guilty, Title 18, United States Code, Sections 371,
23 201(b)(2)(A), 201(b)(2)(C); and

24 WHEREAS, by virtue of said guilty pleas and the Court's findings, the
25 United States is now entitled to an Order of Forfeiture in its favor against the
26 Defendant in the form of a forfeiture money judgment representing the amount of the
27 proceeds received by the Defendant in the amount of $209,527.51, pursuant to Title
28

- 2 -                                        23cr2282
                                                 24CR0341

18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $209,527.51 forfeiture money judgment and the offenses set forth Count 1 of the Indictment in case number 23cr2282-TWR-01 and Count 1 of Indictment in case 24cr341-TWR-01; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States may take actions to collect the forfeiture money judgment; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based on the guilty plea of the Defendant to Count 1 of the Indictment in case number 23cr2282-TWR-01 and Count 1 of the Indictment in case 24cr341-TWR-01, the United States is entitled to a forfeiture money judgment against Defendant in the amount of $209,527.51 pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), representing the proceeds Defendant personally received from the offenses of conviction set forth in Count 1 of the Indictment in case number 23cr2282-TWR-01 and Count 1 of Indictment in case 24cr341-TWR-01, which forfeiture money judgment is in favor of the United States against Defendant JAMES SORIANO, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. Defendant is ordered to pay the $209,527.51 to the United States forthwith by cashier's check; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $209,527.51 to satisfy the forfeiture money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

7. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 5/7/25

_____
Honorable Todd W. Robinson
United States District Judge